NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 16 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-30090 |
| Plaintiff-Appellee, | D.C. No. 1:18-cr-00023-SPW-1 |
| v. | |
| DAWAN DEONTE JONES, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

Submitted September 14, 2021[**]

Before:    PAEZ, NGUYEN, and OWENS, Circuit Judges.

Dawan Deonte Jones appeals from the district court's judgment revoking

supervised release and imposing a 6-month custodial sentence and 51-month term

of supervised release. Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

Jones's counsel has filed a brief stating that there are no grounds for relief, along

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

with a motion to withdraw as counsel of record. Jones has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

Jones's pro se request to terminate his supervised release is denied without prejudice to renewal in the district court at the appropriate time. *See* 18 U.S.C. § 3583(e)(1).

Within 7 days of this disposition, appellee must serve the disposition on appellant individually and provide the court with proof of service, including appellant's mailing address.

**AFFIRMED.**